**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JAMES TOWNSEND #339221                    CIVIL ACTION NO. 18-cv-1619

VERSUS                                    CHIEF JUDGE HICKS

JERRY GOODWIN ET AL                       MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the **Motion to Dismiss (Doc. 13)** filed by defendants Goodwin, Sherman, and Wynn is **GRANTED** and that all claims against them are **DISMISED WITH PREJUDICE** for failure to state a claim on which relief may be granted. It is further ordered that all claims against Tracy Andrus be **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of October, 2019

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE